## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | **Case No:** | **13-00861** |
| **Thomas Keefe** | ) | | |
| **Kimberly Jo Keefe** | ) | **Chapter:** | **Chapter 13** |
| **Debtor(s),** | ) | | |
| | ) | **Judge:** | **A. Benjamin Goldgar** |

_____

| | | | |
|---|---|---|---|
| **Thomas Keefe** | ) | | |
| **Kimberly Jo Keefe** | ) | | |
| | ) | | |
| **Plaintiff(s)** | ) | **Adv. No:** | **12 A** |
| | ) | | |
| **Vs** | ) | | |
| | ) | **Judge:** | **A. Benjamin Goldgar** |
| **Mortgage Electronic Registration** | ) | | |
| **Systems, Inc.** | ) | | |
| **Defendant,** | | | |

### ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT
### OF LIEN AND AVOID THE JUNIOR MORTGAGE OF
### MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

NOW COME the Plaintiffs, THOMAS KEEFE & KIMBERLY JO KEEFE, by and

through their attorneys, Geraci Law L.L.C, and complain of the Defendant, and state as follows:

1.  The Plaintiffs, Thomas Keefe and Kimberly Jo Keefe, are individuals residing at 1625

    Newgate Court, Gurnee, IL 60031.

2.  Mortgage Electronic Registration Systems, Inc. is a lender and/or servicer of

    mortgages.

3.  Thomas Keefe and Kimberly Jo Keefe filed for relief under Chapter 13 of the United

    States Bankruptcy Code on 01/09/2013 in the Northern District of Illinois as Case

    Number 13-00861.

4.     This Adversary Proceeding arises under §§ 502 and 506 of the United States

       Bankruptcy Code.

5.     This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and

       1334 and this is a "core proceeding" under 28 U.S.C. 157.

6.     Thomas Keefe and Kimberly Jo Keefe are the owners of real estate located at 1625

       Newgate Court, Gurnee, IL 60031 ("the real estate"), and legally described as follows:

       LOT 302, CONCORD OAKS UNIT 2, BEING A SUBDIVISION OF PART OF THE

       N ORTHWEST ¼ OF SECTION 17 AND THE NORTHEAST ¼ OF SECTION 18,

       TOWNSHIP 45 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL

       MERIDIAN, IN LAKE COUNTY, ILLINOIS.

       Common Address:  1625 Newgate Court, Gurnee, IL 60031

       Parcel ID #: 07-17-109-003-0000

7.     The fair market value of the real estate is $221,583.  Attached as Exhibit "A" is a copy

       of a valuation of the above real estate.

8.     A first mortgage lien is currently held by Bank of America, N.A. in the amount of

       $258,604.12.  See attached Exhibit "B" for the most recent statement issued.

9.     Mortgage Electronic Registration Systems, Inc. granted the junior mortgage on June 7,

       2007, recorded with the Lake County Recorder of Deeds on July 9, 2007 as document

       number 6209243.

10.    Under 11 U.S.C §§ 506(a) and 506(d), Defendant's junior mortgage would be allowed

       a secured claim to the extent of the value of the estate's interest in the property

       securing the claim, and Defendant's lien is void to the extent it is not allowed a secured

       claim.

11.    The amount owed on the first mortgage, $258,604.12, exceeds the value of the above

real estate, $221,583.

12.    Due to the junior mortgage lien, which is held by Defendant, being wholly unsecured,

it should not be allowed as a secured claim, and the mortgage may be stripped off.  See

Holloway v. United States, No. 01-C-4052, 2001 WL 1249053 (N.D.Ill. Oct.16, 2001);

In re Waters, 276 B.R. 879 (N.D. Il 2002) In re Pond, 252 F.3d 122 (2nd Cir. 2001); In

re McDonald, 205 F.3d 606 (3rd Cir. 2000); In re Bartee, 212 F.3d 277 (5th Cir. 2000);

In re Lane, 280 F.3d 663 (6th Cir. 2002); In re Zimmer, 313 F.3d 1220 (9th Cir. 2002);

In re Tanner, 217 F.3d 1357 (11th Cir. 2000).

13.    This complaint serves as an objection to whatever claim may be filed regarding the

junior mortgage.

WHEREFORE, Thomas Keefe and Kimberly Jo Keefe pray that this Honorable Court enter a

judgment against Mortgage Electronic Registration Systems, Inc., and find that the alleged lien

of Mortgage Electronic Registration Systems, Inc., is completely unsecured and avoid the junior

mortgage of Mortgage Electronic Registration Systems, Inc., which is recorded in the Lake

County Recorder of Deeds Office as Document number 6208243, and find that the junior

mortgage of Mortgage Electronic Registration Systems, Inc. is of no further legal effect,  and for

such other relief as this Court seems just.


***Megan D. Hayes***
Megan D. Hayes
Attorneys for the Plaintiff(s)
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800
(Fax):  877.247.1960