```
                  IN THE UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


RE:   THOMAS CLARENCE KEEFE &        )
      KIMBERLY JO KEEFE              )    Chapter 13
                                     )
Green Tree Servicing LLC             )
      Creditor,                      )    Case No. 13-00861
                                     )    Judge A. Benjamin Goldgar
      vs.                            )
                                     )
THOMAS CLARENCE KEEFE &              )
KIMBERLY JO KEEFE,                   )
      Debtor(s),                     )
                                     )
```

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON May 8, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge, North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on April 30, 2015, with proper postage prepaid.

                                          PIERCE & ASSOCIATES, P.C.

                                          /s/Christopher M. Brown
                                          ARDC#6271138

**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY                 1 North Dearborn, Suite 1300
INFORMATION OBTAINED WILL BE              Chicago, Illinois 60602
USED FOR THAT PURPOSE**                   312-346-9088

15-0797

NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice through ECF**

To Debtor:
THOMAS CLARENCE KEEFE & KIMBERLY JO KEEFE
1625 Newgate Ct
Gurnee, IL 60031
**by U.S. Mail**

**To Attorney:**
Peter Francis Geraci
55 East Monroe Street, Suite 3400
Chicago, Illinois 60603
**by Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA15-0797

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: THOMAS CLARENCE KEEFE & )
    KIMBERLY JO KEEFE )
 )
Green Tree Servicing LLC )
    Creditor, ) Case No. 13-00861
 ) Judge A. Benjamin Goldgar
    vs. )
 )
THOMAS CLARENCE KEEFE & )
KIMBERLY JO KEEFE, )
    Debtor(s), )
 )

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Green Tree Servicing LLC, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 1625 Newgate Ct, Gurnee, IL 60031, be Modified, stating as follows:

1. On January 9, 2013, the above captioned Chapter 13 was filed.

2. On March 15, 2013, the above captioned Chapter 13 was confirmed.

3. Green Tree Servicing LLC services the first mortgage lien on the property located at 1625 Newgate Ct, Gurnee, IL 60031.

4. The Plan calls for the debtor to be the disbursing agent for the post-petition mortgage payments directly to Green Tree Servicing LLC. Post-petition payments are $1,860.79.

5. The post-petition mortgage payments are due and owing for March 1, 2015. The default to Green Tree Servicing LLC is approximately $4,126.01 through April 2015 including attorney's fees and costs of this motion.

6. The plan is in material default.

7. Green Tree Servicing LLC continues to be injured each day it remains bound by the Automatic Stay.

8. Green Tree Servicing LLC is not adequately protected.

9. The property located at 1625 Newgate Ct, Gurnee, IL 60031 is not necessary for the debtor's reorganization.

10. The debtor has no equity in the property for the benefit of unsecured creditors.

11. Green Tree Servicing LLC services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Green Tree Servicing LLC(the noteholder) and is entitled to proceed accordingly.  Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of Green Tree Servicing LLC(the noteholder).

12. Green Tree Servicing LLC (the noteholder) has the right to foreclose because: Noteholder is the owner of the Note.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 1625 Newgate Ct, Gurnee, IL 60031, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Green Tree Servicing LLC to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Green Tree Servicing LLC

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088